**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: December 21, 2012

Official Caption[1]

2013-1087
(Reexamination Nos. 95/001,108 & 95/001,154)

RAMBUS, INC.,

    Appellant,

v.

MICRON TECHNOLOGY, INC.,

    Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

RAMBUS, INC. V MICRON TECHNOLOGY, 2013-1087

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.